# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00663-CR

**Derrick Raymond Ford, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 421ST JUDICIAL DISTRICT
### NO. 2004-223, HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Derrick Raymond Ford perfected an appeal from his conviction for engaging in organized criminal activity. The clerk's fee has not been paid and the clerk's record has not been filed. The Court notified appellant, who represents himself, that the appeal would be dismissed if the clerk's record was not paid for by March 15, 2007. The Court received no response to this notice and payment has not been made. The appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed for Want of Prosecution

Filed: April 18, 2007

Do Not Publish